August 4, 2025

The within named person(s) (Affiant(s)), Sandra: Brietzke, who reside of Plymouth County, State of Massachusetts, personally came and appeared before me, the undersigned Notary Public, and makes this her statement, testimony and General Affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters, facts, and things set forth are true and correct, to the best of her knowledge.

Defendant:        Sandra: Brietzke

                  147 Great Neck Rd.

                  Wareham, MA. 02571


Plaintiff:        Allison D. Burroughs

                  Insurance / Bond

                  Federal Court

```
F I L E D
Clerk's Office
USDC, Mass.
Date 8/5/26
By CW
Deputy Clerk
```

RE: Case No.  (LT): 1:25-CV-10229-JCB

Plaintiff demands trial by jury on all issues properly so tried.

I am filing this lawsuit in Federal Court due to the following:


INTRODUCTION

1. Plaintiff's Sandra Brietzke and Joshua Brietzke are the rightful occupants and owners of 147 Great Neck Rd. Wareham, MA. 02571. We filed the above listed court case.
2. The Defendant was a judge in the above referenced civil case. When filing I put in for a jury trial. Later on I noticed this was not acknowledged. Therefore, I submitted a motion for a jury trial. Defendant denied motion. Defendant denied due process, as well as taking away unalienable rights.
3. Attorney's and judges do not have first hand knowledge.

4. When I submitted our case with the clerk and was told that court costs had to be paid. Led to believe that is customary to do so. All though, no one is

transparent as to way. I thought this was odd as I thought that all were paid by the Federal government.

5. Defendant engages in deceptive practice misrepresenting the nature of court fees. Unlawfully monetizing Plaintiff's fees, turning them into a security to fund Defendants and their own personal retirement funds for self enrichment. Breach of fiduciary duty.

6. Due to Defendants actions there is no longer immunity. Breach of oath, Breach of Constitution, criminal cohesion, and mass fraud, etc.

7. Fraud to the Court.

8. Acting against the Constitution and violating our rights makes Defendants decision on case Void Ab Initio.

9. I wrote a motion asking for oath and bond, motion was never responded to.

10. I have filled out and submitted complaint of judicial misconduct or disability. Sent Certified 9589 0710 5270 3014 2235 30, delivered September15, 2025, 11:33a.m. No response ever received.

11. I filed a lawsuit against defendant mailed in along with the complaint of judicial misconduct or disability. No response ever received.

12. It is unclear if all motions and exhibits were admitted into the record. As the information on Pacer did not show all the exhibits I submitted with the suit. Nor were all the motions entered onto the record.

## JURISDICTION AND VENUE

This is to be held in the Federal Court venue due to the case. This is also where you file a judicial complaint.

1. These actions arise under the constitution and laws of the United states including but not limited to:
   - 18 USC 2701
   - Fraud upon the court
   - 5 USC 331

   - SEC Rule 10b-5, codified at 17 CFR § 240.10b-5, was adopted under the authority of Section 10(b) of the Securities Exchange Act of 1934 to prevent securities fraud in the United States (17 CFR § 240.10b-5) LII Cornell University 18 USC 1001, Sec Rule 10b-5, USPTO Class 45,
   - A birth certificate shall be prima facie evidence of a state security. 18 U.S.C. 914 Article 1 8.6. Social Security number is evidence of chattel

paper, securities, etc. 18 U.S.C. 8 (Exhibit A: Vital Records and Vital Statistics)

- 5 U.S.C. 331, 5 U.S. 7311 & E.O. 10450, 18 USC 2384, 18 USC 1961, RICO; U.S. v. Will, 449 U.S. 200, 216, 101 s.Ct. 471, 66 L.Ed.2d 392, 406 (1980), Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821), 18 U.S.C. 2381, Clearfield Doctrine 2008, Cestui Que Vie Act 1666, 18 241, 34 USC 12601
- 18 USC 242
- Amdt14.S1.5.5.2, 42 USC 12203, 42 USC 1983, 42 USC 1985, 28 USC 607
- 18 USC 3571, 18 USC 242, 32 CFR 536.77 (a)(3)(VII)

Federal-question jurisdiction exists under 28 U.S.C. 1331, 1343, and 18 U.S.C.1964(c)

Venue is proper under 28 U.S.C. 1391(b) because the property at 147 Great Neck Rd. Wareham, Massachusetts lies within this District/State and all relevant events occurred here.

There are three relevant Affidavits of Truth and Fact attached that are pertinent to this case.

## PARTIES

1. Plaintiff, Sandra Brietzke (represents family) residing in Massachusetts are natural living breathing beings of God who entered an alleged financial transaction with Defendants. Joshua Brietzke: UCC-1 Filing number 202415578190. Sandra Brietzke: UCC-1 Filing number 202415023410. Birth certificates Apostelled, Dead at sea documents filed and distributed to all pertinent parties. Due to being natural beings, we are not obligated to pay fees. All case law written in attached Affidavits.
2. We come in good faith as equitable creditors
3. The Defendant is Allison D. Burroughs Federal Court Judge.

## FACTUAL ALLEGATIONS

The reasons for filing this are as follows: Case No. 1:25-cv-10229-

1. Note I am unable to electronically file as the judge stated so there is a lag time with mail. Dates given are not the dates the actual notice of rulings were received.
2. April 24, 2025, sent motion "PLAINTIFF'S MOTION TO JURY TRIAL." As I had written this on my original paperwork but there seemed to be no

3

mention of this on court paperwork. (EXIBIT A) I submitted a motion. In another response, judge Burroughs denied it as moot. This takes away our unalienable rights: The right to due process of law, with notice and opportunity to defend. The right to equality in the eyes of the law, an equal representation. The right to trial by jury, being an impartial panel of 1's peers. The right to appeal in law against conviction or sentence, or both. The right to expose knowledge necessary to 1's rights and freedoms.

3. To judge barrows taking away our rights was a breach of common law and constitutional law. A breach of oath in constitution.

4. April 24, 2025, sent motion "PLAINTIFF'S MOTION TO CHANGE TITLE" as the court presumes Pro Se, but I am not a minor and already made declaration of this prior to Registry of Deeds, but they would not index. (EXHIBIT B) Judge Burroughs denied. Knowing that there are different reasons for titles. This was an action to take away are natural rights. As well as her harboring us under her. This was a practice of color of law, color of office.

5. April 26, 2025, I submitted a "MOTION TO REBUKE, REVOKE, AND DISALLOW DEFENDANTS ATTORNEY'S..." "for not having firsthand knowledge, Trinsey v. Pagliaro E.D.PA. 1964." (Supreme Court case law) (EXHIBIT C) I sent in a copy of the letter sent to Ms. Brodsky. (EXHIBIT C) Which I believe would be quid pro quo.

6. Notice of electronic Filing 4/28/25 Case No. 1:25-cv-10229-JCB Denying motion to disqualify counsel for Lakeview, stating no factual basis to support motion. (EXHIBIT D

7. I received a Notice of Electronic Filing stating transaction was entered on 5/6/25. Case No. 1:25-cv-10229-JCB. Jennifer C. Boal denying motion to Disqualify Counsel. (On another motion of the like Allison D. Burroughs denied.) Over ruling precedence set by Supreme Court.
Question is how does a Federal Magistrate and Judge overrule Supreme Court Case Law? This is a breach of trust and fiduciary duty
As well as being denied discovery, yet no conference or meeting was ever set up. Without being able to do this discovery was not allowed either. There was no opportunity to meet to allow discovery as they were busy working on dismissing the case. (Exhibit E)

8. May 14, 2025, Motion submitted "TO REQUEST WHERE ALL THE EXHIBITS ARE THAT WERE ORIGINALLY SUBMITTED WITH SUIT" This was not responded to. When I tried to view case on Pacer I realized that all the original Exhibits, documentation, entered motions, and Exhibits were not exhibited. It seems to me that this was intentional. As if a Magistrate and a Judge had viewed all submitted materials they would have seen that this case has spoken for itself and all documentation backed up allegations,

charges, etc. (Exhibit J) On this same day there were motions asking for oaths. Neither magistrate or judge responded in any form or way in regards to oath and bond.

9. Notice of electronic filing entered on 5/21/25 Case No. 1:25-cv-10229-ADB. Judge Allison D. Burroughs Motion to jury trial as moot.
Now I would say this against constitutional law where you are allowed to jury your peers. (exhibit F) I also wrote on original court paperwork submitted requesting a jury trial.

10.     May 17, 2025 submitted a motion "REBUKE, REVOKE, AND ISALLOW DEFENDANTS ATTORNEY'S MOTIONS, TO CLARIFY MOTIONS OF DISMISSAL" Again stating that these attorney's do not have first-hand knowledge Trinsey v Pagliaro E.D. PA. 1964) (As I previously wrote to Alexandra Brodsky personally asking her to dismiss herself for conflict of interest as she has represented two of the Defendants previously, and her firm Brock and Scott had already represented the two servicers to me personally.) In this motion I also stated that these attorneys do not have a license to practice law. That the BAR = British Accreditation Registry. I also attached "The Legal Craft – Lawyer Deceptions by Ben Gates." Sent in a copy to be used as an exhibit.
Also stated that the practice of law is an occupation on common rights (Sims v Aherns, 271 S.W. 720 (1925))
Corpus Juris Secundum, Volume &, s 4, and Constitutional Law, as well as Natural Law.
I asked for the security number as well as the security from this case to be transferred to me so that I may deposit it into my Trust Account.
Also submitted "MOTION TO COMPELL PRODUCTION OF THE WET INK SIGNATURE PROMISSORY NOTE" I don't believe these were responded to. (Exhibit F BOTH MOTIONS)

11.     May 22, 2025, Amendment to Legal Complaint (EXHIBIT K)

12.     May 28, 2025 'ADDITIONAL AMENDMENT ADDITION TO CLAIMS" (EXHIBIT L) Oaths were asked for again.

13.     Notice of Electronic Filing dated 5/30/25 Case No. 1:25-cv-10229-ADB Denied dismissing council. Again, I ask how judge can overrule the case law set by the Supreme Court? (case precedent)
Stating motion for discovery is premature. The information asked for was a key factor in this case. Asking for the wet ink promissory note. Then stating that these Defendants "attorneys" are again looking to dismiss case amended complaint. (EXHIBIT H)

14.     June 13, 2025 "RESPONSE TO MOTIONS OF DENIAL THIS SHALL ALSO STAND AS AN EXHIBIT" This was to reiterate and go over points of law. (EXHIBIT I)

5

15.    June 27, 2025 "PLAINTIFF'S RESPONSE TO MOTIONS OF DENIAL THIS SHALL ALSO STAND AS AN EXHIBIT" (EXHIBIT M)
Also sent in requests for oaths on all attorneys, magistrate, and judge.

16.    Accountability: 5 USC 3331; 18 USC 240, 241, 242; Amdt14.S1.5.5.2 Impartial Judge and Jury

17.    The rights of the individual are not derived from government agencies. Dallas v. Mitchell 1994

18. There is no statute of limitations for fraud. Fraud vitiates everything. UCC 2-721, Hayek v. Herron, The Fraud Act of 2006, Statute of Frauds

19. 42 U.S.C. § 1983 Civil action for deprivation of rights, commonly called Section 1983, Count III "The enumeration in the constitution, of certain rights, shall not be construed to deny or disparage others retained by the people."

20. (7). The clerk masquerading as judge committed as treason, and a seditious conspiracy pursuant to your own state and federal codes – "When a judge acts where he or she does not have jurisdiction to act, the judge is engaged in an act or acts of treason." US v. Will, 449US 200, 216, 101 S Ct, 471, 66 Led 2nd 392, 406 (1980) Cohens v. Virginia, 19 US (6 Wheat) 264, 404, 5 LE d 257 (1821); EO 13818

1. What happens in court:
   - The administration of financial transactions through bond governed by the uniform Commercial Code UCC, securities law, and the silent assumptions of maritime contract. Key elements of the performance: the judge acts as the banker and the administrator of the escrow. The prosecutor represents the creditor. Plaintiff corporation or state the defense attorney is there to ensure your silence your dishonor or your consent
   - In court or paying a county invoice; they issue bid bonds, performance bonds, and payment and bonds. Understand third form 24, 25, 25-A They trade those bonds on the market monetize your default or silence as a commercial asset. The courts are not seeking justice they are seeking revenue. The so-called criminal case is a civil debt collection disguised under commercial terms. Charges equal commercial presentments, attempt equals dishonor, judgment equals asset creation. The court registry investment system or CRIS is an interest bearing cash management system used by the US courts to monetize court cases. (United States District Court for the Easter District of North

Carolina; RE: Deposit and Investment of Registry Funds, Standing Order, 3-16-2017)

21. Notice of Electronic Filing 7/7/25 Case No. 1:25-cv-10229-ADB Defendants Motion to Dismiss granted. It is evident that the judge and magistrate never looked at the EXHIBITS as I had submitted AFFIDAVITS which went unrebutted that stand as truth/Prima Facie. There are letters, laws, letters of RESPA unanswered, Forensic Mortgage Audit/Bloomberg with CUSSIP. All evidence of charges. (EXHIBIT N)

Now there were many motions that went unanswered. Where is the accountability? When I asked the Magistrate to step down due to conflict of interest (As she is involved with the BAR association.) This was not responded to, Oaths were asked for the requests were ignored, just passed on to the next judge. Judge Burroughs was also unresponsive. This implies a refusal to give out information needed to properly perform job performance and duties.

Allsion D. Burroughs knew of Jennifer C. Boals being a Trustee of the Massachusetts BAR Foundation clear conflict of Interest. As well as Editor for the Boston Bar Journal. This information is not given upfront to be acknowledged. This could be considered collusion. Burroughs seems to take many high profile cases where there seems to be devoted attention to them as a priority. Or perhaps due to political affiliation. When you are devoting your time, effort, and energy to one side of the legal system continuously it is clear the interest of the BAR is a priority and makes biased opinions and judgements. When a magistrate conceals an un-waivable conflict of interest they have put a private interest above their public. Corrupting the integrity of the judicial process.

22. I have written to the Attorney General for oath and bond information and have not received a response other than they cannot help with this case. I have written a FOIA request for oath and bond to the Secretary of State. They sent my letter back stating that they do not maintain this information. I have written a FOIA for oath and bond to the Massachusetts State Insurance Commissioner, certified 7022 1670 0001 5880 6463. They responded that they do not have this information. I wrote a letter to the Head Clerk in Massachusetts Federal Court asking for oath and bond. They sent me a warning stating this case is over. I have written to Plymouth County Sheriff, certified 7022 0410 0000 1345 0810 delivered June 26, 2026, no response. I have written to Suffolk County Sheriff: 1/ certified 7022 0410 0000 1345 1114 delivered May 11, 2026. 2. Certified 7022 0410 0000 1345 0827 delivered May 28, 2026. and no response. I also wrote to the Office of Trial Court in Fall River, certified 7022 0410 0000 1345 0322

but it may be lost in the mail. All these requests were sent certified mail and covered by the mailbox rule.

23.    Judge and magistrate are appointed official/public servant. They are required to have an oath and bond. Why can no one in Massachusetts or this Defendant have it available?

CLAIMS FOR RELIEF

1. Deprivation of Civil Proceedings: Civil Procedure 41 Dismissal of Actions
2. Judicial Bias Williams v. Pennsylvania
3. My motions asking for truthful information from the magistrate for oath, insurance, bond is writ of mandamus. Trying to get the magistrate and judge to carry justice, show trust, faith, interpret law, and carrying forth in fiduciary duty with unbiased views and feelings.
4. Denied rights of reasonable defense arguments; penalty $250,000.00; 18 USC 3571
5. Armed violation of due process; $250,000.00
6. Denied provisions in the constitution; $250,000.00; 18 USC 3571
7. Armed treason, war against Americans; $250,000.00
8. Armed deprivation of rights under color of law; 18 USC 242
9. Violation of oath of office; Penalty $250,000.00; 18 USC 3571, 28USC 3002(15)
10.    Emotional Distress; $200,000.00; 32 CFR 536.77 (a)(3)(VII)
11.    Peonage (Felony) $200,000.00 18 USC 1621, 42 USC 1994
12.    Neglect/Failure to protect Act $200,000.00; 18 USC 1621, 42 USC 1986
13.    Acting as Foreign Agent Principles; $200,000.00; 18 USC 219
14.    Violations of the Universal Declaration of human rights armed breach of trust; $200,000.00
15.    Armed malfeasance malpractice; $200,000.00; 22 CFR 13.3
16.    Armed conspiracy against rights of people; $200,000.00; 18 USC 241
17. Armed criminal extortion/economic oppression; $200,000.00; 25 CFR 11.417, 18 USC 872
18.    Judges are to follow and uphold "The Guide to Judiciary Policy, Ethics Policies, and Code of Conduct" Cannon law. Operating under and in the confines of the original Constitution / common law.
19.    31 CFR § 363.6 defines key terms used in the TreasuryDirect system, including account types, security forms, and transaction-related terminology.
20.

I also demand to see Intelligible Procedures Along with Ascertainable Procedures.

8

In this intentional concealment of interest this can violate the fundamental right for a fair trial, guaranteed by the Due Process Clause of the Constitution.

Without showing the previously requested information, Allison D. Burroughs has no authority to make any kind of legal proceedings, determination of motions, judgments in common law.

I am attaching: "JUDGES: BEHOLDEN TO THE CONSTITUTION AND ACCOUNTABLE TO THE PEOPLE" (EXHIBIT O)

Judges are to be impartial, unbiased, fiduciary of the people. 28 USC 453

21.     Magistrates and Judges know when a case number is created, they have opened a security. To not disclose this information is a concealment of a material fact. Fraud vitiates everything Article 3 3.

Another question seems to be who is holding the security attached to this case number and why do judge initials keep changing at the end of court case number? Was a 1099 filed? Is this quid pro quo corruption? Knowing that there is a conflict as well as a monetary interest? I am asking for a full accounting of court documents. 18 U.S.C. 1348 Knowing that courts work with securities they are actually in the banking industry. They know how banking works and is easily found in Modern Money Mechanics published by the Federal Reserve in Chicago. So most tend to side with the banks due to this bias.

The plaintiff demands full disgorgement of all funds obtained through fraudulent securitization.

22.     No Triad = No Authority. No Oath, No Bond, No Delegation =Void. No Delegation is no jurisdiction, no oath is no office, no bond is no remedy = No authority. Allison D. Burroughs has acted in the color of law. Article 3 3 Officers who act without Delegation, Oath, or Bond wage a war on my rights. Fraud vitiates everything it touches.

13th Amendment: Titles of Nobility Amendment (TONA) – ratified by 1819.

Bar attorneys = foreign agents = can't hold office. Did Congress give consent?

Judge/Magistrate disguising lack of impartiality.

Unlawful Judges = Void Ruling Issued by agents barred from office under TONA. Void ab initio.

Void Judgement without lawful authority is void from the start.

9

Perjury "Conclusion drawn in favor of one without hearing the other is not based on fairness, but pretense" – Pretend Judgment

Dred Scott was Void.

"Citizen = Subject" (trick) The necessary fraud that enabled the bar to rule despit TONA. "Citizen" redefines the People as subjects with not sovereignty.

Supreme Court: United States v. Throckmartin (1878) *"15 In all these cases, and many others which have been examined, relief has been granted, on the ground that, by some fraud practised directly upon the party seeking relief against the judgment or decree, that party has been prevented from presenting all of his case to the court."*

Boyce's Executors v Grundy (1830) established that fraud undermines the validity of all contracts and judgements.

Fraud is Null. Treason is punishable.

Fraud on the Court and People (EXHIBIT P)

23.    Now if Allison D. Burroughs had read the actual case, motions, and exhibits which are clear evidence to support charges. She would have understood conflict of interest with attorney's working for two Defendants, attorneys not having first-hand knowledge and Supreme Court case law. I would also think she could have seen there was an act / contract plus those initiating these contracts fully understand the plight of banking which equals a guilty mind. With the double dipping, causing a individual peonage and slavery = true offenses. 18 U.S.C. 1581
To the point of Ubi jus ibi remedium. Where there is a right there is a remedy. Without remedy = no real right.
Maxims are the foundation of all law. (Bouviers Dictionary: They are principles and authorities, and part of the general customs or common law of the land... )
"The people are sovereign, and all servants are bound to these maxims." No bar card, bench, or badge outranks the truth in the record. I stand on the law, they serve it. Common law is not a privilege; it's the inheritance of the People.

A court of record is "the person and suit of the sovereign." That means: The court = the Sovereign. Since the People are sovereign, my will in my Court of Record = law of the case. The magistrate is only ministerial (a servant of the tribunal). In America; The Peoples wish, lawfully declared on the record is command. Now as a living breathing woman of God I go with common law. Rights from God and Nature – not from government. This was declared in my paperwork. Please note

10

that I hold a UCC-1 as well as other paperwork that has been distributed to the correct delegated parties.

"The people are truly sovereigns of the country." (Chisholm v Georgia 1793)

TONA Still Stands. Every ruling by a BAR agent is void. Foreign agents cannot hold office-then or now.

A Magistrate/Judge having a conflict of interest and no oath violates constitutional rights.

7.

> *42 U.S.C. 1983* **""Deprivation of any rights, privileges, or immunities secured by the Constitution and laws"**: *The core of a Section 1983 claim is the deprivation of a constitutional or federally protected right. These rights include those enshrined in the U.S. Constitution, such as the rights guaranteed by the First, Fourth, Fifth, Eighth, and Fourteenth Amendments. Additionally, Section 1983 can sometimes be used to enforce rights provided by federal statutes, provided those statutes create individually enforceable rights.*
>
> **"Liable to the party injured"**: *Section 1983 creates a private right of action, meaning that individuals whose rights have been violated can file a lawsuit to seek redress. This may include monetary compensation for damages suffered and equitable relief, such as injunctions to prevent further violations.*

## C. *Private Actors "Under Color of State Law"*
*Though Section 1983 is primarily intended to hold public officials accountable, there are situations where* **private individuals or entities** *can also be sued under this statute. The key question in these cases is whether the private actor's conduct can be considered to have been undertaken "under color of state law." This generally occurs when a private party performs a function traditionally the exclusive responsibility of the government or when the private party is closely intertwined with government actors.*

RELIEF REQUESTED

1. A written apology from Jennifer C. Boal stating the facts. for the time, energy, and efforts I put forward to realize that she has no jurisdiction.
2. Forthright information as to the court case numbers with their different initials as well as the information to have this transferred to my trust.
3. Charges for fraud, fraudulent dealings. Herring v. United States (2005)

4. Fraud on the Court By An Officer of the Court Bulloch v United States 63 Fed 115, 1121 (1985)

5. A cash payment in the amount of $18,000,000.00 paid in silver dollar coins.

If this is not handled through Allsion D. Burroughs insurance or settled; then I am asking for a jury trial.

IN WITNESS WHEREOF, I have hereunto set my hand on this the _____ day of _____ 2026.

_____

Signature of Principal / Beneficiary

Without Recourse and Without Prejudice UCC 1-308

COMMONWEALTH OF MASSACHUSETTS

County of Plymouth

On this _____ day of _____, 2026, before me, the undersigned notary public, personally appeared Sandra-G: Brietzke and proved to me through satisfactory evidence of identification to be the persons whose names are signed on this Affidavit and acknowledged to me that they have signed this voluntarily as their free act and deed for its stated purpose.

_____

Notary Public

Commission Expires: _____

12